UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Navitag Technologies, Inc.</u>

     v.          Civil No. 11-cv-386-JL

<u>Silva</u>

O R D E R

  I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 5, 2011, no objection having been filed.

  SO ORDERED.

August 31, 2011          _____
                Joseph N. Laplante
                United States District Judge

cc: Alan L. Kovacs, Esq.
   Frank P. Spinella , Jr., Esq.